UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| GEORGE ANTHONY DALLAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:05CV809 |
| v. | ) | 1:97CR266-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**J-U-D-G-M-E-N-T**

On September 15, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be DISMISSED sua sponte without prejudice to Petitioner filing a corrected motion on the proper § 2255 forms.

_____
United States District Judge

DATE: November 28, 2005